

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2021

No. 04-21-00256-CV

**IN THE INTEREST OF N.M.A., N.Y.M.H.A. AND D.M.A., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01667
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal from a final order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. Appellant has filed a second motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **September 14, 2021**.

**Given the time constraints governing the disposition of this appeal, no further requests for extensions of time will be granted absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court